IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONG SUN HUH | Criminal Action No.<br><br>1:22-cr-00039-ELR |

**Government's Motion for Leave to File Dismissal**

Defendant pleaded guilty to a Criminal Information, filed on August 17, 2022, in Case No. 1:22-cr-290, charging a violation of Title 15, United States Code, Sections 645(a). Accordingly, this Information, (Doc. 1), is dismissed, and Movant prays leave of Court to file the same.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

By:  *Michael S. Qin*
MICHAEL S. QIN
*Assistant United States Attorney*
Georgia Bar No. 206110

Consented to by Defendant
[Fed. R.Crim.P. 48(a).]

**Order**

Now, on the 19th day of August 2022, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

*Eleanor L. Ross*
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE